IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. SAG 23-0022** |
| | * | |
| **JUSTIN ERNEST RIGGS,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | ******* | |

## ORDER

Upon consideration of the Defendant's Motion to Suppress Statements, ECF No. 7 and the Government's Opposition to the Motion, ECF No. 48, it is, this _____ day of December, 2024,

ORDERED that the Court finds the Defendant's Motion to Suppress Statements (ECF No. 47) is hereby DENIED.

 

HONORABLE STEPHANIE A. GALLAGHER
UNITED STATES DISTRICT JUDGE
DISTRICT OF MARYLAND