**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, 9th FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-3976
EMAIL: Andrew_Szekely@fd.org

JAMES WYDA  ANDREW SZEKELY
FEDERAL PUBLIC DEFENDER  SUPERVISORY ASSISTANT FEDERAL PUBLIC DEFENDER

February 13, 2025

The Honorable Stephanie A. Gallagher
United States District Judge
United States District Court
 for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201
Via CM/ECF

    Re:    Request for Attorney Inquiry Hearing in
                *United States v. Justin Riggs*, SAG-23-0022

Dear Judge Gallagher:

We write to the request that the Court refer this matter to a magistrate judge for an attorney inquiry hearing. Mr. Riggs' case is set for a pretrial motions hearing on March 3, 2025. We respectfully ask that the hearing be set promptly to allow the Court to address any issues with our on-going representation of Mr. Riggs prior to the motions hearing.

We thank the Court for its attention this matter.

                                                  Sincerely,

                                                  /s/

                                                  Andrew Szekely
                                                  Eric Pilch
                                                  Assistant Federal Public Defenders

cc:    Christine Goo, Assistant United States Attorney
        Sean Delaney, Assistant United States Attorney