## Case Information

00623009U2 | The State of Maryland vs RIGGS, ROBERT WINFIELD I

| | | |
|---|---|---|
| **Case Number** <br> 00623009U2 | **Court** <br> Frederick | |
| **File Date** <br> 11/13/1993 | **Case Type** <br> Criminal | **Case Status** <br> Closed |

## Party

**Plaintiff**
State of Maryland

**Active Attorneys** ▼
Lead Attorney
State's Attorney, Frederick County

---

**Defendant**
RIGGS, ROBERT WINFIELD I

**DOB**
03/17/1960

**Gender**
Male

**Race**
White

**Height**
5' 7"

**Weight**
145 lbs

**State ID**
MD 0000000000

**Address**
11522 HARP HILL ROAD
MYERSVILLE MD 21773-0000

**Active Attorneys** ▼
Lead Attorney
GROVE, DAVID MATTHEW
Retained

**Complainant**
RIGGS, KAREN REBECCA

Address
11522 HARP HILL ROAD
MYERSVILLE MD 21773-0000

## Charge

Charges
RIGGS, ROBERT WINFIELD I

| | Description | Statute | Level | Date |
|---|---|---|---|---|
| 1 | ASSAULT | CL | Misdemeanor | 11/13/1993 |
| 2 | BATTERY | CL | Misdemeanor | 11/13/1993 |
| 3 | DEADLY WEAPON-INT/INJURE | 27.36 | Misdemeanor | 11/13/1993 |
| 4 | ASSAULT | CL | Misdemeanor | 11/13/1993 |
| 5 | BATTERY | CL | Misdemeanor | 11/13/1993 |
| 6 | FALSE IMPRISONMENT | CL | Misdemeanor | 11/13/1993 |
| 7 | SEX OFF 1ST D: FRCE/THREAT:ATT | CL | Misdemeanor | 11/13/1993 |
| 8 | SEX OFF 1ST D: FRCE/THREAT | 27.464 | Felony Circuit Court | 11/13/1993 |
| 9 | SEX OFF 1D FORCE/SUFFOCATE:ATT | CL | Misdemeanor | 11/13/1993 |
| 10 | SEX OFF 1D FORCE/SUFFOCATE | 27.464 | Felony Circuit Court | 11/13/1993 |
| 11 | SX OFFNS-2ND DEGR:FORCE:ATT | 27.464A | Felony Circuit Court | 11/13/1993 |
| 12 | SEX OFFENSE-2ND D:FORCE | 27.464A | Felony Circuit Court | 11/13/1993 |
| 13 | ASSAULT | CL | Misdemeanor | 11/13/1993 |
| 14 | BATTERY | CL | Misdemeanor | 11/13/1993 |
| 15 | MAL DEST PROP/VALU - $300 | 27.111 | Misdemeanor | 11/13/1993 |

## Bond Settings

| Setting Date |
|---|
| 11/14/1993 |
| 11/15/1993 |
| 11/24/1993 |

## Disposition Events

**12/23/1993** Plea ▾

Judicial Officer
Roberts, William Milnor

| 1 | ASSAULT | Other Plea |
|---|---|---|

**12/23/1993** Plea ▾

Judicial Officer
Roberts, William Milnor

| 2 | BATTERY | Other Plea |
|---|---|---|

**12/23/1993** Plea ▾

Judicial Officer
Roberts, William Milnor

| 3 | DEADLY WEAPON-INT/INJURE | Other Plea |
|---|---|---|

**12/23/1993 Plea** ▾

Judicial Officer
Roberts, William Milnor

| 4 | ASSAULT | Other Plea |

**12/23/1993 Plea** ▾

Judicial Officer
Roberts, William Milnor

| 5 | BATTERY | Other Plea |

**12/23/1993 Plea** ▾

Judicial Officer
Roberts, William Milnor

| 6 | FALSE IMPRISONMENT | Other Plea |

**12/23/1993 Plea** ▾

Judicial Officer
Roberts, William Milnor

| 7 | SEX OFF 1ST D: FRCE/THREAT:ATT | Other Plea |

**12/23/1993 Plea** ▾

Judicial Officer
Roberts, William Milnor

| 8 | SEX OFF 1ST D: FRCE/THREAT | Other Plea |

**12/23/1993 Plea** ▾

Judicial Officer
Roberts, William Milnor

| 9 | SEX OFF 1D FORCE/SUFFOCATE:ATT | Other Plea |

**12/23/1993 Plea** ▾

Judicial Officer
Roberts, William Milnor

| 10 | SEX OFF 1D FORCE/SUFFOCATE | Other Plea |

**12/23/1993** Plea ▾

Judicial Officer
Roberts, William Milnor

| 11 | SX OFFNS-2ND DEGR:FORCE:ATT | Other Plea |

**12/23/1993** Plea ▾

Judicial Officer
Roberts, William Milnor

| 12 | SEX OFFENSE-2ND D:FORCE | Other Plea |

**12/23/1993** Plea ▾

Judicial Officer
Roberts, William Milnor

| 13 | ASSAULT | Other Plea |

**12/23/1993** Plea ▾

Judicial Officer
Roberts, William Milnor

| 14 | BATTERY | Guilty |

**12/23/1993** Plea ▾

Judicial Officer
Roberts, William Milnor

| 15 | MAL DEST PROP/VALU - $300 | Other Plea |

**12/23/1993** Disposition ▾

Judicial Officer
Roberts, William Milnor

| 1 | ASSAULT | Nolle Prosequi |

**12/23/1993 Disposition** ▼

Judicial Officer
Roberts, William Milnor

| 2 | BATTERY | Nolle Prosequi |

**12/23/1993 Disposition** ▼

Judicial Officer
Roberts, William Milnor

| 3 | DEADLY WEAPON-INT/INJURE | Nolle Prosequi |

**12/23/1993 Disposition** ▼

Judicial Officer
Roberts, William Milnor

| 4 | ASSAULT | Nolle Prosequi |

**12/23/1993 Disposition** ▼

Judicial Officer
Roberts, William Milnor

| 5 | BATTERY | Nolle Prosequi |

**12/23/1993 Disposition** ▼

Judicial Officer
Roberts, William Milnor

| 6 | FALSE IMPRISONMENT | Nolle Prosequi |

**12/23/1993 Disposition** ▼

Judicial Officer
Roberts, William Milnor

| 7 | SEX OFF 1ST D: FRCE/THREAT:ATT | Nolle Prosequi |

**12/23/1993 Disposition**

Judicial Officer
Roberts, William Milnor

| 8 | SEX OFF 1ST D: FRCE/THREAT | Nolle Prosequi |

**12/23/1993 Disposition**

Judicial Officer
Roberts, William Milnor

| 9 | SEX OFF 1D FORCE/SUFFOCATE:ATT | Nolle Prosequi |

**12/23/1993 Disposition**

Judicial Officer
Roberts, William Milnor

| 10 | SEX OFF 1D FORCE/SUFFOCATE | Nolle Prosequi |

**12/23/1993 Disposition**

Judicial Officer
Roberts, William Milnor

| 11 | SX OFFNS-2ND DEGR:FORCE:ATT | Nolle Prosequi |

**12/23/1993 Disposition**

Judicial Officer
Roberts, William Milnor

| 12 | SEX OFFENSE-2ND D:FORCE | Nolle Prosequi |

**12/23/1993 Disposition**

Judicial Officer
Roberts, William Milnor

| 13 | ASSAULT | Nolle Prosequi |

**12/23/1993 Disposition**

Judicial Officer
Roberts, William Milnor

| 14 | BATTERY | Guilty |
|---|---|---|

**12/23/1993 Disposition** ▾

Judicial Officer
Roberts, William Milnor

| 15 | MAL DEST PROP/VALU - $300 | Nolle Prosequi |
|---|---|---|

**12/23/1993 Sentence** ▾

| 14 | BATTERY | Sentence |
|---|---|---|

Converted Disposition

```
TERM_YRS: 01   TERM_MOS: 00   TERM_DAYS: 000   SUSPENDED_SENT: X   SUSP_TERM_YRS: 01
```

Payable To

  Ordered Date: 12/23/1993

  Collection Status: Parole & Probation

Payment Plan

  Start Date: 12/23/1993

  Frequency: One Time

  Grace Days: 0

  Calculate Using:

    Payoff Date: 12/23/1995
  Initial Payment Amount:

    No Initial Payment
  Final Payment Amount:

    No Final Payment

## Events and Hearings

11/13/1993 Warrant Issued

11/14/1993 Warrant/Writ Served

11/14/1993 Initial Appearance

11/14/1993 Committed

11/15/1993 Bail Review Held

11/15/1993 Committed

11/24/1993 Bail Review Held

## Financial

No financial information exists for this case.