UNOFFICIAL

| | | |
|---|---|---|
| Record of: Justin Ernest Riggs | Level: Undergraduate | Date Issued: 9/26/2023 |
| | Student No: 7███████ | Page: 1 |
| | Date of Birth: ███████ | |

Latest Program of Study:
  Student Level: Undergraduate
  Admit Term: Fall 2007
  College: Arts and Sciences
    Degree/Program: Bachelor of Arts
    Major/Field of Study: Criminology & Investigations
    Minor: Communication Studies

Degree/Program Awarded: Bachelor of Arts, 15-MAY-2011
  College: Arts and Sciences
    Major/Field of Study: Criminology & Investigations
    Minor: Communication Studies

| SUBJ | NO. | COURSE TITLE | CREDIT | GRD | PTS | R |
|---|---|---|---|---|---|---|

**INSTITUTION CREDIT:**

**Term: Fall 2007**

| SUBJ | NO. | COURSE TITLE | CREDIT | GRD | PTS |
|---|---|---|---|---|---|
| BIOL | 101 | General Biology | 3.00 | C- | 6.000 |
| BIOL | 103 | General Biology Laboratory | 1.00 | B- | 3.000 |
| COMM | 100 | Principles-Human Communication | 1.00 | W | 0.000 |
| COMM | 104 | Human Comm-Public Communicatn | 2.00 | B | 6.000 |
| MATH | 124 | College Algebra-Applications | 3.00 | C | 6.000 |
| PE | 293U | SPTP:Wiffleball | 1.00 | A | 4.000 |
| SOCA | 101 | Introduction to Sociology | 3.00 | C | 6.000 |
| UNIV | 101 | Orin:First-Year Experience | 1.00 | B | 3.000 |
| WMAN | 150 | Principle-Conservation Ecology | 3.00 | A | 12.000 |

Term: Ehrs: 17.00 GPA-Hrs: 17.00 QPts: 46.00 GPA: 2.70
Overall: Ehrs: 17.00 GPA-Hrs: 17.00 QPts: 46.00 GPA: 2.70

**Term: Spring 2008**

| SUBJ | NO. | COURSE TITLE | CREDIT | GRD | PTS |
|---|---|---|---|---|---|
| ART | 101 | Appreciation of Visual Arts | 3.00 | B | 9.000 |
| CS | 101 | Intro-Computer Applications | 4.00 | C | 8.000 |
| ENGL | 101 | Composition And Rhetoric | 3.00 | C+ | 6.000 |
| GEOG | 207 | Climate And Environment | 3.00 | W | 0.000 |
| ORIN | 161 | Exploring Career Options | 1.00 | W | 0.000 |
| SOCA | 105 | Introduction to Anthropology | 3.00 | C | 6.000 |

Term: Ehrs: 13.00 GPA-Hrs: 13.00 QPts: 29.00 GPA: 2.23
Overall: Ehrs: 30.00 GPA-Hrs: 30.00 QPts: 75.00 GPA: 2.50

**Term: Fall 2008**

| SUBJ | NO. | COURSE TITLE | CREDIT | GRD | PTS |
|---|---|---|---|---|---|
| COMM | 100 | Principles-Human Communication | 1.00 | B | 3.000 |
| JRL | 101 | Intro to Mass Communication | 3.00 | C | 6.000 |
| MUSC | 175 | Intro To History Of Jazz | 3.00 | W | 0.000 |
| SOCA | 232 | Criminology | 3.00 | B+ | 9.000 |
| SOCA | 233 | Juvenile Delinquency | 3.00 | B | 9.000 |
| SOCA | 302 | Deviant Behavior | 3.00 | B | 9.000 |
| STAT | 211 | Elemntry Statistical Inference | 3.00 | C | 6.000 |

Term: Ehrs: 16.00 GPA-Hrs: 16.00 QPts: 42.00 GPA: 2.62
Overall: Ehrs: 46.00 GPA-Hrs: 46.00 QPts: 117.00 GPA: 2.54

**Term: Spring 2009**

| SUBJ | NO. | COURSE TITLE | CREDIT | GRD | PTS |
|---|---|---|---|---|---|
| ENGL | 102 | Composition And Rhetoric | 3.00 | B | 9.000 |
| ENGL | 254 | African American Literature | 3.00 | A | 12.00 |
| ORIN | 161 | Exploring Career Options | 1.00 | W | 0.000 |
| PE | 170 | Volleyball | 1.00 | A+ | 4.000 |
| SOCA | 337 | Sociology Of Am Business | 3.00 | A- | 12.00 |
| SOCA | 358 | Anthropology Health & Illness | 3.00 | A | 12.00 |
| SPAN | 101 | Elementary Spanish 1 | 3.00 | A | 12.00 |

Term: Ehrs: 16.00 GPA-Hrs: 16.00 QPts: 61.00 GPA: 3.81
Overall: Ehrs: 62.00 GPA-Hrs: 62.00 QPts: 178.00 GPA: 2.87

**Term: Fall 2009**

| SUBJ | NO. | COURSE TITLE | CREDIT | GRD | PTS |
|---|---|---|---|---|---|
| SOCA | 235 | Race Relations | 3.00 | B | 9.000 |
| SOCA | 311 | Social Research Methods | 3.00 | B | 9.000 |
| SOCA | 318 | Hate Crime | 3.00 | B | 9.000 |
| SOCA | 334 | Corp/White Collar Crime | 3.00 | B | 9.000 |
| SOCA | 401 | Sociological Theory | 3.00 | B+ | 9.000 |
| SPAN | 102 | Elementary Spanish 2 | 3.00 | A- | 12.00 |

Term: Ehrs: 18.00 GPA-Hrs: 18.00 QPts: 57.00 GPA: 3.16
Overall: Ehrs: 80.00 GPA-Hrs: 80.00 QPts: 235.00 GPA: 2.93

**Term: Spring 2010**

| SUBJ | NO. | COURSE TITLE | CREDIT | GRD | PTS |
|---|---|---|---|---|---|
| COMM | 105 | Introduction to the Mass Media | 3.00 | A | 12.00 |
| COMM | 112 | Small Group Communication | 3.00 | B | 9.000 |
| SOCA | 402 | The Investigating Professions | 3.00 | A | 12.00 |
| SOCA | 493N | SPTP:Drugs/Crime/Society | 3.00 | A- | 12.00 |
| SPAN | 203 | Intermediate Spanish 1 | 3.00 | B | 9.000 |
| ULIB | 101 | Intro to Library Research | 1.00 | B | 3.000 |

Term: Ehrs: 16.00 GPA-Hrs: 16.00 QPts: 57.00 GPA: 3.56
Overall: Ehrs: 96.00 GPA-Hrs: 96.00 QPts: 292.00 GPA: 3.04

**Term: Fall 2010**

| SUBJ | NO. | COURSE TITLE | CREDIT | GRD | PTS |
|---|---|---|---|---|---|
| COMM | 306 | Communication-Orgnztns/Instutn | 3.00 | A+ | 12.00 |
| COMM | 308 | Nonverbal Communication | 3.00 | A | 12.00 |
| COMM | 309 | Health Communication | 3.00 | A | 12.00 |
| PE | 164 | Weight Training | 1.00 | A | 4.000 |
| SOCA | 389 | Writing in Sociology/Anthrplgy (Writing) | 1.00 | A | 4.000 |
| SOCA | 435 | Criminal Justice Process | 3.00 | A | 12.00 |
| SOCA | 488 | The Capstone Experience | 1.00 | P | 0.000 |
| SPAN | 204 | Intermediate Spanish 2 | 3.00 | C+ | 6.000 |

Term: Ehrs: 18.00 GPA-Hrs: 17.00 QPts: 62.00 GPA: 3.64
Overall: Ehrs: 114.00 GPA-Hrs: 113.00 QPts: 354.00 GPA: 3.13

**Term: Spring 2011**

| SUBJ | NO. | COURSE TITLE | CREDIT | GRD | PTS |
|---|---|---|---|---|---|
| GEOL | 101 | Planet Earth | 3.00 | A | 12.00 |
| MILS | 102 | Military Science | 2.00 | A+ | 8.000 |
| MILS | 202 | Military Science | 2.00 | A+ | 8.000 |
| PE | 101 | Badminton | 1.00 | A | 4.000 |
| PHIL | 130 | Current Moral Problems | 3.00 | B | 9.000 |

Issued To: Legal Request

Unofficial Transcript

WVU-001

UNOFFICIAL

| Record of: Justin Ernest Riggs | Level: Undergraduate | Date Issued: 9/26/2023 |
|---|---|---|
| 3 Harp Pl | Student No: 700894361 | Page: 2 |
| Myersville, MD 21773-8442 | Date of Birth: November-27-XXXX | |

| SUBJ | NO. | COURSE TITLE | CREDIT | GRD | PTS | R |
|---|---|---|---|---|---|---|
| SOCA | 321 | Punishment and Social Control | 3.00 | A | 12.00 | |

Term:    Ehrs:   14.00   GPA-Hrs:   14.00   QPts:   53.00   GPA:  3.78
Overall: Ehrs:  128.00   GPA-Hrs:  127.00   QPts:  407.00   GPA:  3.20

********************  TRANSCRIPT TOTALS  ********************

|  | Earned HRS | GPA Hrs | Points | GPA |
|---|---|---|---|---|
| TOTAL INSTITUTION: | 128.00 | 127.00 | 407 | 3.20 |
| TOTAL TRANSFER: | 0.00 | 0.00 | 0.00 | 0.00 |
| OVERALL: | 128.00 | 127.00 | 407 | 3.20 |

********************  END OF TRANSCRIPT  ********************

Issued To:    Legal Request

WVU-002