# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Criminal No.  SAG-23-0022** |
| **JUSTIN RIGGS** | **UNDER SEAL** |
| **Defendant.** | |

# MOTION TO SEAL

The United States of America moves to seal Exhibit A to the Government's Sentencing Memorandum in the above captioned case, and in support thereof states the following:

Exhibit A to the Government's Sentencing Memorandum discusses additional details about ███████████████████████████████████████████████ To date, public documents have ███████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

██████████████████████████

WHEREFORE, the Government respectfully request that the Government's Sentencing Memorandum, along with this motion and the Court's reasons for sealing, be sealed until further order of this Court.

        Respectfully submitted,

        Kelly O. Hayes
        United States Attorney

By:    */s/*_____
        Sean R. Delaney
        Assistant United States Attorney

1

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 22, 2025, a copy of the foregoing Motion to Seal was delivered via ECF to Andrew Szekely and Eric Pilch, Esquire, Assistant Federal Public Defenders for the Defendant.

By:       \_\_\_/s/_____
                Sean R. Delaney
                Assistant United States Attorney